show cause why he should not be disbarred from the practice of law in this Court.

No. D–1882. IN RE DISBARMENT OF PAPSIDERO. John F. Papsidero, of Buffalo, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1883. IN RE DISBARMENT OF FIERER. Robert G. Fierer, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1884. IN RE DISBARMENT OF BLOODWORTH. John David Jones Bloodworth, of Suwanee, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–12. ALVORD v. FLORIDA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. M–29. HATCH v. MCKENZIE ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–30. GONZALEZ v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 96–1581. SOUTH DAKOTA v. YANKTON SIOUX TRIBE ET AL. C. A. 8th Cir. [Certiorari granted, 520 U. S. 1263.] Motion of respondent Yankton Sioux Tribe to strike supplemental brief of respondent Southern Missouri Waste Management District granted.

No. 96–1584. CAMPBELL v. LOUISIANA. Ct. App. La., 3d Cir. [Certiorari granted, 521 U. S. 1151.] Motion of the parties to expand the record granted.